**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivy Ann Kellar,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael J. Astrue, Commissioner, Social Security Administration,<br><br>　　　　Defendants. | No. CV 08-0004-PHX-SMM<br><br>**ORDER** |

Currently before the Court is Plaintiff's Motion for Enlargement of Time to file Motion for Summary Judgment. (Doc. 11.) Plaintiff's counsel requests this extension due to his work load and hearing calendar. Although this does not alone demonstrate good cause, the Court will grant **one** courtesy extension. Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Enlargement of Time to file her Motion for Summary Judgment. (Doc. 11.)

**IT IS FURTHER ORDERED** that Plaintiff shall file her Motion for Summary Judgment **no later than September 29, 2008.**

DATED this 2nd day of September, 2008.

Stephen M. McNamee
United States District Judge