**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IVY ANN KELLER, | ) | No. CV 08-0004-PHX-SMM |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) | |
| Defendants. | ) | |

Currently before the Court is Plaintiff's Stipulation to Enlarge Plaintiff's Time to File a Motion for Summary Judgment. (Doc. 13.) Plaintiff's counsel requests this extension due to his work load and hearing calendar. The Court previously granted one courtesy extension in its order of September 2, 2008. A continued heavy work load and hearing schedule does not constitute good cause sufficient for another enlargement of time. Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion for Enlargement of Time to file a Motion for Summary Judgment. (Doc. 13.)

DATED this 3rd day of October, 2008.

Stephen M. McNamee
United States District Judge