**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IVY ANN KELLER,) | No. CV 08-0004-PHX-SMM |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, ) | |
| Defendants. ) | |

    On August 29, 2008, Plaintiff filed a Motion for Extension of Time to File a Motion for Summary Judgment (Doc. 11) based upon a heavy workload and hearing schedule. The Court granted one courtesy extension to counsel in its subsequent Order of September 2, 2008 and ordered Plaintiff to file her Motion for Summary Judgment no later than September 29, 2008 (Doc. 12). Next, a Stipulation to Enlarge Plaintiff's Time to File a Motion for Summary Judgment was filed by the parties on September 29, 2008 (Doc. 13). This Stipulation was requested again due to Plaintiff counsel's heavy work load and hearing calendar. In an Order filed October 3, 2008, the Court denied the parties' Stipulation (Doc. 14).

    Currently before the Court is Plaintiff's Motion for Leave to File Late Motion for Summary Judgment (Doc. 18). This motion requests that the Court permit the late filing so as to avoid prejudicing the rights of Plaintiff. While the Court notes the multiple extension

requests made by Plaintiff, the Court reluctantly will allow the late filing in order to consider the merits of the claim. Plaintiff is advised that the Court may take the late filing into account in future proceedings as warranted.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Leave to File Late Motion for Summary Judgment. (Doc. 18.) Plaintiff may file her Motion for Summary Judgment on October 15, 2008.

DATED this 17th day of October, 2008.

Stephen M. McNamee
United States District Judge