**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IVY ANN KELLAR, ) | No. CV 08-00004-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is Plaintiff's First Motion to Enlarge Time to File a Response to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment (Doc. 21). After consideration of the Motion,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's First Motion to Enlarge Time to File a Response to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment (Doc. 21).

**IT IS FURTHER ORDERED** that Plaintiff's Response is due by **Friday, January 9, 2009.**

DATED this 8th day of December, 2008.

Stephen M. McNamee
United States District Judge